IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WALTER S. THOMAS,

    **Plaintiff,**

v.                                                    Case No. 1:22-cv-155-AW-HTC

FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

In a September 22 report and recommendation (ECF No. 7), the magistrate judge recommends dismissal based on Plaintiff's failure to comply with court orders and failure to prosecute. There has been no objection. Having considered the matter, I agree with the report and recommendation and will dismiss.

The report and recommendation is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders and failure to prosecute." The clerk will then close the file.

SO ORDERED on October 24, 2022.

                                              s/ *Allen Winsor*
                                              United States District Judge